The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  BROCK LINDSAY and ERICA LINDSAY, husband)
   and wife,                                    )   CASE NO. 2:17-cv-00852-MJP
10                                              )
              Plaintiffs,                       )
11                                              )   STIPULATED MOTION AND
       v.                                       )   ▮▮▮▮▮▮▮ ORDER TO
12                                              )   EXTEND DEADLINE TO
   ZURICH AMERICAN INSURANCE COMPANY, a)           DISCLOSE EXPERT TESTIMONY
13  foreign corporation,                        )   AND DISCOVERY CUT-OFF
                                                )   DATE
14            Defendant.                         )
                                                )   NOTED: October 6, 2017
15                                              )

16

17               **STIPULATED MOTION**

18       Defendant Zurich American Insurance Company ("ZAIC") and plaintiffs Brock Lindsay

19  and Erica Lindsay, by and through their counsel, below signed, hereby jointly move the Court

20  pursuant to LCR 7(d)(1) and LCR 10(g) for an order extending the deadline for the parties to

21  disclose their expert witness testimony approximately sixty (60) days, from October 18, 2017 to

22  December 18, 2017, and the discovery cut-off date from December 18, 2017 to January 9, 2018.

23               **FACTS and ARGUMENT**

24       The Court entered an Order Setting Trial Date and Related Dates on June 26, 2017 (the

25  "Order"). *See* ECF No. 8. The Order requires the parties to disclose expert testimony under

26  FRCP 26(a)(2) by October 18, 2017; discovery to be completed by December 18, 2017;

27

STIPULATED MOTION AND ▮▮▮▮▮▮ ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY AND DISCOVERY CUT-OFF DATE - 1
CASE NO. 2:17-cv-00852-MJP
#1134506 v1 / 10007-559

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

dispositive motions to be filed by January 16, 2018; and a non-jury trial to occur on April 16, 2018.

Good cause exists for extension of the deadline for disclosing expert opinions for approximately 60 days, from October 18, 2017 to December 18, 2017; and the discovery cut-off from December 18, 2017 to January 9, 2018. Additional time is needed to obtain all of the plaintiff's medical records for injuries he alleges were sustained in an automobile accident that occurred on March 25, 2014. Complaint at ¶¶ 2.4-2.6; and 5.1-5.3. ECF No. 1, Attachment #1. Beginning in July 2017, medical stipulations were requested by defendant and provided by the plaintiff, for approximately 10 medical providers. Defendant began requesting such records immediately after the medical stipulations were received, and many records have been received, but some records are still outstanding. After the records are received, defendants' medical experts need time to review the records and formulate their expert opinions.

In the meantime, the parties have propounded written discovery and answered written discovery. The parties have engaged in settlement negotiations which are ongoing, and which if successful, would eliminate the need for experts, saving for both parties the expense of experts and expert discovery. In view of the foregoing, an extension of 60 days of the deadline for disclosing expert opinions, and a subsequent adjustment of the discovery cut-off date from December 18, 2017 to January 9, 2018, would promote efficiency, judicial economy and expense in the interest of the parties and the Court.

STIPULATED MOTION AND ▮▮▮▮▮▮ ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY AND DISCOVERY CUT-OFF DATE - 2
CASE NO. 2:17-cv-00852-MJP
#1134506 v1 / 10007-559

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## STIPULATION

The parties hereby stipulate to the requested extension of the deadline for disclosing expert opinions by approximately 60 days, from October 18, 2017 to December 18, 2017; and the discovery cut-off date from December 18, 2017 to January 9, 2018.

**SO STIPULATED.**

DATED: October 6, 2017.

| KARR TUTTLE CAMPBELL | TAMAKI LAW OFFICES |
|---|---|
| By *s/ Barbara J. Brady*<br>Barbara J. Brady, WSBA #20459<br>Jacquelyn A. Beatty, WSBA #17567<br>Attorneys for Zurich American Insurance Company | By *s/Bryan G. Smith, per email authorization*<br>Bryan G. Smith, WSBA #29382<br>Attorneys for Plaintiffs |

## ORDER

Pursuant to the Stipulation of plaintiffs and defendant, the deadline for the parties to disclose expert opinions is extended for approximately 60 days, from October 18, 2017 to December 18, 2017; and the discovery cut-off from December 18, 2017 to January 9, 2018.

IT IS SO ORDERED.

DATED this 17th day of October, 2017.

_Marsha J. Pechman_

Hon. Marsha J. Pechman
United States District Court Judge

STIPULATED MOTION AND ██████ ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY AND DISCOVERY CUT-OFF DATE - 3
CASE NO. 2:17-cv-00852-MJP
#1134506 v1 / 10007-559

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

Presented by:

2

3   KARR TUTTLE CAMPBELL

4

5   *s/Barbara J. Brady*
    Barbara J. Brady, WSBA #20459
6   Jacquelyn A. Beatty, WSBA #17567
    **KARR TUTTLE CAMPBELL**
7   701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
8   Telephone: 206-223-1313
    Facsimile: 206-682-7100
9   Email: bbrady@karrtuttle.com
    Email: jbeatty@karrtuttle.com
10  *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ▓▓▓▓▓▓ ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY AND DISCOVERY CUT-OFF DATE - 4
CASE NO. 2:17-cv-00852-MJP
#1134506 v1 / 10007-559

## CERTIFICATE OF SERVICE

I, Daena Temkova, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing document to be served on the parties listed below in the manner indicated.

| Bryan G. Smith | | Via U.S. Mail |
|---|---|---|
| Tamaki Law Offices | ☐ | Via Hand Delivery |
| 1340 N. 16th Ave., Ste. C | ☒ | Via Electronic Mail |
| Yakima, WA 98902 | | Via Overnight Mail |
| Attorneys for Plaintiffs | ☒ | CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 6th day of October, 2017, at Seattle, Washington.

_s/ Daena Temkova_
Daena Temkova
Assistant to Barbara J. Brady and
Jacquelyn A. Beatty

STIPULATED MOTION AND ▮▮▮▮▮ ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY AND DISCOVERY CUT-OFF DATE - 5
CASE NO. 2:17-cv-00852-MJP
#1134506 v1 / 10007-559

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100